IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2019 OCT 10 AM 11: 42
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. 19 CR 147 WMC |
| AHMAD KANAN, | 18 U.S.C. § 1029(a)(2) |
| | 18 U.S.C. § 1029(b)(1) |
| | 18 U.S.C. § 1029(c)(1)(C) |
| | 21 U.S.C. § 853(p) |
| | 28 U.S.C. § 2461(c) |
| Defendant. | |

THE GRAND JURY CHARGES:

COUNT 1

From on or about July 21, 2017, to on or about December 21, 2017, in the Western District of Wisconsin, the defendant,

AHMAD KANAN,

knowingly and with intent to defraud, used one or more unauthorized access devices, specifically, the account number and routing number of a bank account of a foreign embassy, and by such conduct, obtained things of value totaling approximately $191,836, and such conduct affected interstate and foreign commerce.

(In violation of Title 18, United States Code, Section 1029(a)(2))

COUNT 2

On or about December 21, 2017, in the Western District of Wisconsin, the defendant,

AHMAD KANAN,

knowingly and with intent to defraud, used one or more unauthorized access devices, specifically, the account number and routing number of a bank account of a foreign embassy, and by such conduct, attempted to obtain things of value totaling approximately $35,370, and such conduct affected interstate and foreign commerce.

(In violation of Title 18, United States Code, Sections 1029(a)(2) & (b)(1))

## FORFEITURE ALLEGATION

1. Upon conviction of the offense in Count 1 or Count 2, the defendant,

AHMAD KANAN,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 1029(c)(1)(C), any personal property used or intended to be used to commit the offense. The property to be forfeited includes, but is not limited to, the following:

   a. Apple iPhone, Model A1428;

   b. Western Digital 750 GB hard disk drive, Model WD7500BPVT;

   c. Samsung 256 GB solid state drive, MZ-YTY2560.

2. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

2

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

PRESIDING JUROR

Indictment returned: 10/10/2019

SCOTT C. BLADER
United States Attorney

3